UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES MTUME,

            Plaintiff,

-against-

SONY MUSIC ENTERTAINMENT,

            Defendants.
-----------------------------------------------------------X

18 CIVIL 11747 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 19, 2020, Sony's motion to dismiss is granted without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
       February 20, 2020

RUBY J. KRAJICK
Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/20/2020